USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MARCOS CALCANO,

          Plaintiffs,

          v.

MONKEY SPORTS, LLC, AND MONKEY SPORTS, INC.,

          Defendants.

------------------------------------ x

No.: 1:21-cv-2061

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MONKEY SPORTS, INC., with prejudice and without fees and costs.

Dated: New York, New York
        June 14, 2021

                                                  **GOTTLIEB & ASSOCIATES**

                                                  */s/Michael A. LaBollita, Esq.*

                                          Michael A. LaBollita, Esq., (ML-9985)
                                                      150 East 18th Street, Suite PHR
                                                                 New York, NY 10003
                                                                     Phone: (212) 228-9795
                                                                       Fax: (212) 982-6284
                                                                  Michael@Gottlieb.legal

                                                                 *Attorneys for Plaintiffs*

---

This case is hereby dismissed with prejudice.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED:

*[signature: Valerie Caproni]*

United States District Court Judge
Date: June 15, 2021